UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KUANYU CHEN,

                Plaintiff,

  - against -                                **JUDGMENT**
                                               CV 19-3276 (SJF)(AKT)

SINO-GLOBAL SHIPPING AMERICA, LTD.,
SINO-GLOBAL SHIPPING NEW YORK, INC.,
LJC TRADING, INC., LJC TRADING NEW YORK,
INC., CAO LEI, ZHONG ZHANG, and JIANCHEN
LIU,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 14, 2021, accepting Defendants Sino-Global Shipping America, Ltd., Sino-Global Shipping New York, Inc., and Lei Cao's ("Defendants") April 14, 2021 offer to have judgment against Defendants, jointly and severally, in the amount of $75,000.00, including all costs of suit, expenses, and attorney and other fees potentially recoverable in the action by Plaintiff Kuanyu Chen, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Kuanyu Chen against Defendants Sino-Global Shipping America, Ltd., Sino-Global Shipping New York, Inc., and Lei Cao, jointly and severally, in the amount of $75,000.00, including all costs of suit, expenses, and attorney and other fees potentially recoverable in the action by Plaintiff Kuanyu Chen.

Dated:  April 19, 2021
       Central Islip, New York

                                                                    DOUGLAS C. PALMER
                                                                    CLERK OF THE COURT
                                                      By:   /s/ James J. Toritto
                                                                       Deputy Clerk